# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jorge F.G.,

<table>
<tr><td>Petitioner,</td><td><strong>ORDER DISMISSING<br>PETITION FOR WRIT OF</strong></td></tr>
<tr><td>v.</td><td><strong>HABEAS CORPUS</strong></td></tr>
<tr><td>David Easterwood, et al.,</td><td>Civil File No. 26-02360 (MJD/LIB)</td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

Stacey Rogers, SRR Law Group LLC, Hannah Brown, Counsel for Petitioner.

Worthington Phillips, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On July 7, 2026, the Court granted Petitioner Jorge F.G.'s Petition for Writ of Habeas Corpus. **[Doc. 15.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On July 8, 2026, the Respondents provided a status update informing the Court that Petitioner was released, and that Petitioner's counsel confirmed he was released. **[Doc. 17.]**

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Jorge F.G.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 20, 2026                    s/Michael J. Davis                        
                                         Michael J. Davis
                                         United States District Court

2